**No. 48779.**—Protests 931405–G, etc., of Armour & Co. et al. (New York).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269.   The protests were therefore sustained.

**No. 48780.**—Protests 93237–K, etc., of Mattia Locatelli New York Branch, Inc. (New York).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to the Provolone cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706).   In accordance therewith and following said C. D. 706 and Abstracts 40880 and 41794 it was held to be properly dutiable upon the basis of the net weight of the cheese as returned by the United States weigher, not including the weight of the strings, less 2½ percent for inedible coverings.   Protests sustained to this extent.

**No. 48781.**—Protests 540167–G, etc., of S. A. Haram et al. (New York).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269.   The protests were therefore sustained.

**No. 48782.**—Protests 591642–G, etc., of Breakstone Bros., Inc., et al. (New York).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269.   The protests were therefore sustained.

**No. 48783.**—Protests 627373–G, etc., of Vincenzo Sabella & Co. (New York).

Opinion by KEEFE, J.   It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146.   The protests were therefore sustained.

**No. 48784.**—Protests 51333–K, etc., of Bel Paese Sales Co., Inc., et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and cited cases the following allowances were made by the court to compensate for foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269, and (2) 1 percent for other cheese similar to Reggiano cheese the subject of said C. D. 706.   Protests sustained to this extent.